FRANK N. DARRAS #128904
LISSA A. MARTINEZ #206994
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, California 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
Email: fdarras@sbdelaw.com
       lmartinez@sbdelaw.com

Attorneys for Plaintiff

E-FILING ADR

FILED

AUG 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LANGE,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and COHERENT, INC. LTD PLAN,<br><br>Defendant | Case No. C08 04047 RMW RS<br><br>PLAINTIFF SUSAN LANGE'S NOTICE OF INTERESTED PARTIES |

The undersigned, counsel of record for Plaintiff Susan Lange, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representatives are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff SUSAN LANGE

//
//
//
//

---

- 1 -
NOTICE OF INTERESTED PARTIES

ORIGINAL

1  2. Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA
2  3. Defendant COHERENT, INC. LTD PLAN,

3

4  Dated: August 19, 2008            SHERNOFF BIDART DARRAS
5                                     ECHEVERRIA, LLP

6

7                                     _____
                                       FRANK N. DARRAS
8                                      Attorney for Plaintiff: Susan Lange

E-FILING