UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-FILED - 1/21/09***

SUSAN LANGE,

                                        CASE NO. 5:08-04047 RMW

                    Plaintiff(s),

           v.                           STIPULATION AND [PROPOSED]
LIFE INSURANCE COMPANY OF               ORDER SELECTING ADR PROCESS
NORTH AMERICA; et al.
                    Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
              Non-binding Arbitration (ADR L.R. 4)
              Early Neutral Evaluation (ENE)   (ADR L.R. 5)
              Mediation (ADR L.R. 6)

        *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
        appreciably more likely to meet their needs than any other form of ADR, must participate in an
        ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
        ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
        ✓      Private ADR (*please identify process and provider*)  Private mediator to be
selected by the parties.

The parties agree to hold the ADR session by:
              the presumptive deadline *(The deadline is 90 days from the date of the order
              referring the case to an ADR process unless otherwise ordered. )*

        ✓      other requested deadline  May 8, 2009


Dated: Jan. 9, 2009                            /s/ Frank N. Darras
                                               Attorney for Plaintiff


Dated: Jan. 9, 2009                            /s/ Sean P. Nalty
                                               Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[~~PROPOSED~~] ORDER

   Pursuant to the Stipulation above, the captioned matter is hereby referred to:

     Non-binding Arbitration
     Early Neutral Evaluation (ENE)
     Mediation
 ✓   Private ADR

   Deadline for ADR session
     90 days from the date of this order.
 ✓   other  May 8, 2009


IT IS SO ORDERED.


Dated: 1/21/09 _____

_____
RONALD M. WHYTE
UNITED STATES DISTRICT   JUDGE