*E-FILED - 6/26/09*

| | |
|---|---|
| SUSAN LANGE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and COHERENT, INC. LTD PLAN,<br><br>　　　　Defendants. | Case No: 5:08-04047 RMW<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 6/26/09

*Ronald M. Whyte*
HON. RONALD M. WHYTE
Judge of the U.S. District Court